WILLIAM A. ENGSTER, Respondent, v. CHARLES E. JEWETT, Appellant. — AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.